*EXEMPTION*

Robert L.Epstein (RE8941)
Jason M. Drangel (JMD 7204)
Epstein Drangel Bazerman & James LLP
60 E. 42nd St. Rm 820
New York, NY 10165
Telephone: (212) 292 5390
 *Attorneys for Plaintiff Rates Technology Inc.*

```
+------------------------------------+
| USDS SDNY                          |
| DOCUMENT                           |
| ELECTRONICALLY FILED               |
| DOC #: _____             |
| DATE FILED:  7/30/08               |
+------------------------------------+
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
                                               :
RATES TECHNOLOGY INC.                          :
                                               :        CASE NO.  08-5510 (CM) (RLE)
        Plaintiff                              :
                                               :
                v.                             :
                                               :
VOIP YOUR LIFE, LLC                            :
                                               :
        Defendant                              :
                                               :
-------------------------------------------------X

## NOTICE OF DISMISSAL

        Plaintiffs, Rates Technology Inc., by its undersigned attorneys and pursuant to Federal

Rules of Civil Procedure 41, hereby gives notice of the dismissal of the above-captioned action,

with prejudice, with each party to bear its own attorney's fees, costs and expenses.


Dated: July 29, 2008        EPSTEIN DRANGEL BAZERMAN & JAMES, LLP


                            By:_____
                                Robert L. Epstein, Esq. (RE 8941)
                                Jason M. Drangel (JMD 7204)
                                60 East 42nd Street, Suite 820
                                New York, New York 10165
                                Tel. No.: (212) 292 5390
                                Fax. No.: (212) 292-5391
                                Attorneys for Plaintiff Rates Technology Inc.